UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT MCCARTHY,

    Plaintiff,

v.

THE FORTUNA COUNTRY INN CORPORATION,

    Defendant.

Case No. 16-cv-00632-RS

**ORDER TO SHOW CAUSE**

In this action brought under the Americans With Disabilities Act, there is no indication plaintiff has complied with any of the requirements set out in the Scheduling Order entered February 8, 2016 (Dkt. No. 4) or otherwise taken steps to advance the litigation. Accordingly, within 10 days of the date of this order, plaintiff shall file a declaration or declarations showing cause, if any, why this matter should not be dismissed for failure to comply with the scheduling order and/or lack of prosecution. In the event no response to this order is filed, that case will be dismissed without further notice.

**IT IS SO ORDERED**.

Dated: November 30, 2016

_____
RICHARD SEEBORG
United States District Judge